UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

H-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18cr277(MPS) |
| | |
| | VIOLATIONS: |
| v. | 18 U.S.C. § 2119 (Carjacking) |
| | |
| | 18 U.S.C. § 1951(a) (Interference with |
| ARNO SMITH | Commerce by Robbery) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Carjacking)

1. On or about July 26, 2018, in the District of Connecticut, the defendant ARNO SMITH took a motor vehicle, that is, a 2006 Honda Accord bearing VIN Number 1HGCM56336A146672 and manufactured in Ohio, that had been transported, shipped, and received in interstate commerce, from and in the presence of Victim 1, an individual whose identity is known to the Grand Jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119.

COUNT TWO
(Interference with Commerce by Robbery)

2. On or about July 27, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the

defendant did unlawfully and knowingly take and obtain the property of the Price Chopper Supermarket, located at 121 Farmington Avenue, Bristol, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT THREE
(Interference with Commerce by Robbery)

3. On or about September 4, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of the Price Chopper Supermarket, located at 410 Queen Street, Southington, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT FOUR
(Interference with Commerce by Robbery)

4. On or about September 5, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of U-Haul Moving and

Storage, located at 755 Capitol Avenue, Hartford, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT FIVE
(Interference with Commerce by Robbery)

5. On or about September 15, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of the Home Depot, located at 55 Granby Street, Bloomfield, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT SIX
(Interference with Commerce by Robbery)

6. On or about September 16, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of Lowe's Home Improvement, located at 31 Buckland Hills Drive, South Windsor, Connecticut, that is United

States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT SEVEN
### (Interference with Commerce by Robbery)

7. On or about September 18, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of the Days Inn, located at 185 Ella Grasso Turnpike, Windsor Locks, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT EIGHT
### (Interference with Commerce by Robbery)

8. On or about September 19, 2018, in the District of Connecticut, the defendant ARNO SMITH did unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully and knowingly take and obtain the property of U-Haul Moving and Storage, located at 3197 Main Street, Hartford, Connecticut, that is United States currency in the possession and control of its employee, against the employee's will, by means of actual and

threatened force, violence and fear of injury to the employee's person.

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY